■ TIMOTHY TORRENCE, Appellant, v 450 SOUTH SALINA STREET PARTNERSHIP, Respondent and Third-Party Plaintiff. EDWARD STREETER, Doing Business as SMALL AND LARGE CONSTRUCTION COMPANY, Third-Party Defendant-Respondent. [682 NYS2d 367] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stone, J. (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Summary Judgment.) Present—Pine, J. P., Wisner, Pigott, Jr., Callahan and Fallon, JJ.

■ SUSAN FLUELLON, Respondent, v DONALD SWALM, Appellant, et al., Defendant. [682 NYS2d 368] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Feeman, Jr., J. (Appeal from Order of Supreme Court, Cattaraugus County, Feeman, Jr., J.—Dismiss Pleading.) Present—Pine, J. P., Wisner, Pigott, Jr., Callahan and Fallon, JJ.